FELIX REMISIEWSKI, PLAINTIFF–RESPONDENT, v. PARO-
DI CIGAR COMPANY OF NEW YORK, INC.,
DEFENDANT–PETITIONER.

See same case below: 1 N. J. Super. 249; 64 A. 2nd 93.

*Messrs. Milton, McNulty & Augelli* and *Mr. Joseph Keane* for the petitioner.

*Mr. Andrew O. Wittreich* and *Mr. Robert J. Rubacky* for the respondent.

June 13, 1949.   Denied.   ■